### In the Matter of the Application of Ralph D. STEVENSON.

(Court of Appeals of District of Columbia. Submitted January 19, 1926. Decided February 1, 1926.)

No. 1796.

W. T. Estabrook, of Washington, D. C., and A. J. Hudson, of Cleveland, Ohio, for appellant.

T. A. Hostetler, of Washington, D. C., for Commissioner of Patents.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

VAN ORSDEL, Associate Justice. This appeal is from the decision of the Commissioner of Patents, rejecting appellant's application for a patent on a lock joint for sucker rods.

It is unnecessary to enter into a discussion of the merits of this case, since the device for which invention is claimed and a patent sought is completely anticipated by the prior art, as set forth in the opinions of the respective tribunals of the Patent Office.

The opinion of the Commissioner is affirmed.